AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

ROBERT TAYLOR

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-147M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT TAYLOR
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY POSSESSING IN INTERSTATE COMMERCE A LORCIN .380 CALIBER HANDGUN, SERIAL NUMBER 301626, AFTER HAVING PREVIOUSLY BEEN CONVICTED OF A FELONY PUNISHABLE BY MORE THAN ONE YEAR IMPRISONMENT

in violation of Title 18 United States Code, Section(s) 922(g)(1)

| | |
|---|---|
| DAVID L. MARTIN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 12-9-05 Providence RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.