IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 13T |
| vs. | ) | In violation of |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ROBERT TAYLOR | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 19, 2005, in the District of Rhode Island, defendant ROBERT TAYLOR, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is a Lorcin .380 caliber handgun, serial number 301626,

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan
Criminal Chief

LEE H. VILKER
Assistant U.S. Attorney

Dated: 2/1/06