UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-013T |
| | ) | |
| ROBERT TAYLOR | ) | |

MOTION TO REDUCE BAIL

Now comes the accused, Robert Taylor, by and through his counsel, and moves this Honorable Court to reduce the amount of surety bail required to secure Mr. Taylor's pre-trial release. On February 7, 2006, the Court set the bail at $10,000 full surety with the condition of electronic monitoring and employment. Mr. Taylor's family does not own property sufficient to post this surety, but has been able to raise $5,000 in cash to post toward bail. Mr. Taylor asks the Court to lower the bail to $5,000 full surety with the conditions as set before.

Respectfully submitted
Robert Taylor
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on February 21st, 2006.