UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0013T |
| | ) | |
| ROBERT TAYLOR | ) | |

---

MOTION TO ISSUE SUBPOENA FOR RECORDS

Now comes Robert Taylor, the Defendant in the above captioned matter, and moves this Honorable Court pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure to allow him to issue a subpoena duces tecum to the Keeper of Records, Providence External Review Authority, 550 Broad Street, Providence, RI, 02907, for the production of all documents, files, reports, and other tangible items pertaining to disciplinary complaints and adjudications against the arresting officers in this case: Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion. Mr. Taylor asks that the subpoena be allowed returnable to the Court for in camera inspection prior to distribution to the parties. As grounds thereto, Mr. Taylor submits the attached memorandum in support of this motion.

Respectfully submitted
Robert Taylor
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on ~~February~~ March 1st, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0013T |
| | ) | |
| ROBERT TAYLOR | ) | |

---

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ISSUE SUBPOENA FOR RECORDS

The government has alleged that Mr. Taylor illegally possessed a firearm on March 19, 2005. The government's principle witnesses are Providence Police officers Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion. The police officers' conduct in the course of their duties is a valid and necessary area for cross-examination at trial. *See Davis v. Alaska*, 415 U.S. 308, 315-21 (1974). A witnesses' credibility always comes into question when they testify, and cross-examination is the most effective manner in which to show a witnesses bias, prejudice, or partiality. *See id.* at 316. The defense is aware of at least one complaint against two of these officers, Zincone and Sion, but not of any adjudications. For these reasons Mr. Taylor requests the Court grant this motion.

Respectfully submitted
Robert Taylor
By her attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on ~~February~~ March 1st, 2006.