UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-013T |
| | ) | |
| ROBERT TAYLOR | ) | |

---

MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Robert Taylor, by and through his counsel, and moves this Honorable Court to continue the jury empanelment in this matter for an additional thirty (30) days. In addition, the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8).

In support of this motion, counsel is requesting the additional time to thoroughly review discovery with the defendant and conduct further investigation in this matter. The offense date is March 19, 2005, but Mr. Taylor was not arraigned until February 7, 2006. This passage of time is making our investigation more difficult and this continuance will help alleviate that problem.

AUSA Lee Vilker has indicated that the Government has no objection to the granting of this motion.

Respectfully submitted
Robert Taylor
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to Lee Vilker, Assistant United States Attorney, on ~~February~~ March 2nd, 2006.