AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

**Rhode Island**

United States of America

V.

Robert Taylor

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2006-013T

TO:

Keeper of Records
Personnel/Human Resources
Providence Police Department
325 Washington Street
Providence, RI

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Clerk's Office<br>United States District Court<br>One Exchange Terrace, Providence, RI 02903 | Honorable Ernest C. Torres<br>Courtroom 3 Room 209 |
| | DATE AND TIME<br>April 5, 2006<br>10:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents, files, reports, and other tangible items pertaining to disciplinary complaints and adjudications involving the arresting officers in this case: Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion. These items are returnable to the Court on the above date and time.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Barbara Barletta | 3/28/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Public Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903
(401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3-28-06 | FEDERAL PUBLIC DEFENDER OFFICE<br>10 WEY BOSSET ST #300<br>PROVIDENCE, RI |
| SERVED | 3-29-06 | PROVIDENCE POLICE DEPT.<br>325 WASHINGTON ST<br>PROVIDENCE, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| LISA DiFOLCO | ☐ YES ☒ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DANIEL R. FORTIER | INVESTIGATOR |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-29-06
Date

Daniel R Fortier
Signature of Server

FEDERAL PUBLIC DEFENDER OFFICE
Address of Server 10 WEY BOSSET ST #300
PROVIDENCE, RI

ADDITIONAL INFORMATION

In hand service.

FILED
2006 MAR 29 P 4:25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

**Rhode Island**

United States of America

**V.**

Robert Taylor

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2006-013T

TO:

Keeper of Records
Internal Affairs
Providence Police Department
325 Washington Street
Providence, RI

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Clerk's Office<br>United States District Court<br>One Exchange Terrace, Providence, RI 02903 | Honorable Ernest C. Torres<br>Courtroom 3 Room 209 |
| | DATE AND TIME<br>April 5, 2006<br>10:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents, files, reports, and other tangible items pertaining to disciplinary complaints and adjudications involving the arresting officers in this case: Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion. These items are returnable to the Court on the above date and time.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Barbara Barletta | 3/28/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Public Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903
(401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3-28-06 | Federal Public Defender Office 10 Weybosset St #300 Providence, RI |
| SERVED | 3-29-06 | Providence Police Dept. 325 Washington St. Providence, RI |

SERVED ON (PRINT NAME)
Lisa DiFolco

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES ☒ NO AMOUNT $ ______

SERVED BY (PRINT NAME)
Daniel R. Fortier

TITLE
Investigator

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-29-06
Date

Daniel R. Fortier
Signature of Server

Federal Public Defender Office
Address of Server 10 Weybosset St. #300 Providence, RI

ADDITIONAL INFORMATION

In hand service.

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 MAR 29 P 4:25
FILED

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

**Rhode Island**

United States of America

V.

Robert Taylor

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2006-013T

TO: Mario Perkins
224 Webster Avenue
Providence, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Clerk's Office<br>United States District Court<br>One Exchange Terrace, Providence, RI 02903 | Honorable Ernest C. Torres<br>Courtroom 3 Room 209 |
| | DATE AND TIME<br>April 5, 2006<br>10:00 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Barbara Barletta | 3/28/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Public Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903
(401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3-28-06 | Federal Public Defender office 10 Weybosset St #300 Providence, R.I |
| SERVED | 3-29-06 | 224 Webster Ave. Providence, RI |

SERVED ON (PRINT NAME): Mario Perkins

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES ☒ NO AMOUNT $ ______

SERVED BY (PRINT NAME): Daniel R. Fortier

TITLE: Investigator

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-29-06
Date

Daniel R Fortier
Signature of Server

Federal Public Defender Office 10 Weybosset St Providence, RI
Address of Server

ADDITIONAL INFORMATION

In hand service

FILED

2006 MAR 29 P 4:25

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND