4/5/06

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF
**Rhode Island**

United States of America

V.

Robert Taylor

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2006-013T

TO:
Keeper of Records
Personnel/Human Resources
Providence Police Department
325 Washington Street
Providence, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Clerk's Office<br>United States District Court<br>One Exchange Terrace, Providence, RI 02903 | Honorable Ernest C. Torres<br>Courtroom 3 Room 209 |
| | DATE AND TIME<br>April 5, 2006<br>10:00 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents, files, reports, and other tangible items pertaining to disciplinary complaints and adjudications involving the arresting officers in this case: Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion. These items are returnable to the Court on the above date and time.

2006 MAR 29 AM 10:3
PROVIDENCE POLICE DEPT HUMAN RESOURCES BUREAU

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Barbara Barletta | 3/28/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kevin J. Fitzgerald, Assistant Federal Public Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903
(401) 528-4281

EXHIBIT "A"