AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROBERT TAYLOR

## APPEARANCE

CASE NUMBER: 2006-013T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for City of Providence

April 4, 2006

*Date*

*Signature* for the City of Providence

Kevin F. McHugh

*Print Name*

Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903

*Address*

xCity State x Zip Code x

(401) 421-7740, Ext. 333

*Phone Number*