AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Robert Taylor

CASE NUMBER: CR06-13T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Lee Vilker, AUSA | Kevin Fitzgerald, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/5/06 | Karen Zinni | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/5/06 | | | W-1 Thomas Zincone, Jr. |
| | A | 4/5/06 | X | FULL | Photograph - View South on Fairfield |
| | B | 4/5/06 | X | FULL | Photograph - View North on Fairfield |
| | C | 4/5/06 | X | FULL | Photograph - Parking Lot of 60 Fairfield |
| | D | 4/5/06 | X | FULL | Photograph - Entry to Lot of 60 Fairfield |
| | E | 4/5/06 | X | FULL | Photograph - Right Rear of Lot/Parking Spot for SUV |
| | F | 4/5/06 | X | FULL | Photograph - Left Rear of Lot/Dumpster |
| | G | 4/5/06 | X | FULL | Photograph - Rear Walkway South |
| | H | 4/5/06 | X | FULL | Photograph - Rear Walkway North |
| | I | 4/5/06 | X | FULL | Photograph - Driver's Side of SUV |
| | L | 4/5/06 | X | FULL | Photograph - Driver's Seat |
| | | 4/5/06 | | | W-2 Dennis O'Brien |
| | | 4/5/06 | | | W-3 Miriour Perkins |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.