**United States District Court**
**for the District of Rhode Island**

UNITED STATES OF AMERICA

vs. Case No. CR06-13T

ROBERT TAYLOR

**RETURN RECEIPT FOR EXHIBITS**

Government Exhibits : 1,2,3,4,10,11,12

David A. DiMarzio
Clerk of Court

By: ______________________
Deputy Clerk

Received by: ______________________

Print Name: Kevin McNamara

Date: 6/2/06

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Robert Taylor

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-13T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Lee Vilker, AUSA | Kevin Fitzgerald, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/30/06-6/1/06 | Anne Clayton | Lucia Cristina Leyva |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | 5/30/06 | | | W-1 Thomas Zincone, Jr. |
| X | 3 | | 5/30/06 | | FULL | Photograph of Fairfield Avenue |
| X | 4 | | 5/30/06 | | FULL | Photograph of lot near 60 Fairfield Avenue |
| X | 1 | | 5/30/06 | X | FULL | Lorcin .380 caliber handgun, serial number 301626 |
| X | 2 | | 5/30/06 | X | FULL | Beige Towel |
| | | L | 5/30/06 | | FULL | Photograph - Driver's Seat |
| X | 10 | | 5/30/06 | | FULL | Stipulation #1 |
| X | 11 | | 5/30/06 | | FULL | Stipulation #2 |
| X | 12 | | 5/30/06 | | FULL | Stipulation #3 |
| | | | 5/30/06 | | | W-2 Dennis O'Brien |
| | | | 5/30/06 | | | W-3 Gregory Sion |
| | | | 5/30/06 | | | W-4 Robert Taylor |
| | | I | 5/30/06 | X | FULL | Photograph - Driver's Side of SUV |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.