UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v.
: C.R. 06-13T
ROBERT TAYLOR
:

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

Lee Vilker Date: 6/13/06
Signature of AUSA

Lee Vilker
Printed Name of AUSA

FOR THE DEFENDANT:

K. Fitzgerald Date: 6-13-6
Signature of Defense Attorney

K J Fitzgerald
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

Robert Taylor Date: 6-13-6
Signature of Defendant

Robert Taylor
Printed Name of Defendant