**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** Cr. No. 06-013T

**ROBERT TAYLOR**

# VERDICT

**WE THE JURY FIND THE DEFENDANT** (Check one)

| ROBERT TAYLOR: | Guilty | Not Guilty |
|---|---|---|
| **Count 1 :** 18 U.S.C. § 922(g)(1)<br>Knowing possession of a firearm in and affecting interstate commerce, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year. | ✓ | |