AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Robert Taylor

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-13T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Lee Vilker, AUSA | Kevin Fitzgerald, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/19/06-6/20/06 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/19/06 | | | W-1 Thomas Zincone |
| 3 | | 6/19/06 | X | FULL | Photograph of Fairfield Avenue |
| 4 | | 6/19/06 | X | FULL | Photograph of lot near 60 Fairfield Avenue from across the street |
| 14 | | 6/19/06 | X | FULL | Photograph of Officer Gregory Sion |
| | L | 6/19/06 | X | FULL | Photograph of Ford Expedition Interior - Front |
| 1 | | 6/19/06 | X | FULL | Lorcin .380 caliber handgun - Serial # 301626 |
| 2 | | 6/19/06 | X | FULL | Beige Towel |
| 13 | | 6/19/06 | X | FULL | Photograph from back of lot near 60 Fairfield Avenue |
| | M | | X | | Police narrative from report 3/19/05 |
| 10 | | 6/19/06 | | FULL | Stipulation #1 |
| 11 | | 6/19/06 | | FULL | Stipulation #2 |
| 12 | | 6/19/06 | | FULL | Stipulation #3 |
| | | 6/19/06 | | | W-2 Dennis O'Brien |
| | | 6/19/06 | | | W-3 Gregory Sion |
| | | 6/19/06 | | | W-4 Robert Taylor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.