**United States District Court**
**for the District of Rhode Island**

UNITED STATES OF AMERICA

vs. Case No. CR06-13T

ROBERT TAYLOR

**RETURN RECEIPT FOR EXHIBITS**

Government Exhibit: #1 - Lorcin .380 Caliber Handgun - Serial # 301626

David A. DiMarzio
Clerk of Court

Received by: ______________

By: ______________
Deputy Clerk

Print Name: Kevin McNamara

Date: 6/21/06