UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR No. 06-0013T |
| ROBERT TAYLOR | : | |

## MOTION TO RELEASE BAIL

Now comes the defendant Robert Taylor, by and through his counsel, and moves that this Honorable Court enter an Order releasing the $5,000 cash bail money posted by his grandfather, Albert Taylor, of 143 Verndale Avenue, Providence, RI.

As grounds the defendant submits that the bail was posted to assure Mr. Taylor's appearance at all court proceedings, that he did so, and that after trial on June 20, 2006 he was ordered into the custody of the United States Marshall Service and therefore bail is no longer required.

Respectfully submitted
Robert Taylor
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I caused a copy of this Motion to be delivered to AUSA Lee Vilker on this the 21st day of June, 2006.