JOHN J. PARTINGTON
COMMISSIONER

VINCENT A. CIANCI, JR
MAYOR

COLONEL URBANO PRIGNANO, JR.
CHIEF OF POLICE

**Department of Public Safety, Police Department**

*"Building Pride in Providence"*

## CIVILIAN COMPLAINT RECORD SHEET

**OFFICER'S NAME: ZINCONE**

**CASE NUMBER: 2000-037** **DATE OF COMPLAINT: 07-19-00**

**HEARING OFFICER: Lt Lapatin** **DATE OF HEARING: 06-20-01**

**NATURE OF COMPLAINT: Physical Abuse**

**COMPLAINANT(s): BAINVILLE, Richard**

**DISPOSITION: GUILTY**

JOHN J. PARTINGTON
COMMISSIONER

COLONEL RICHARD T. SULLIVAN
CHIEF OF POLICE

VINCENT A. CIANCI, JR
MAYOR

Department of Public Safety, Police Department
*"Building Pride in Providence"*

July 18, 2001

Richard.Banville
134 Hanover Street
Providence, RI 02907

Mr. Banville:

I have reviewed the reports presented to me in regard to your civilian complaint #2000-037. Lieutenant David Lapatin was the hearing officer in this matter and rendered a GUILTY FINDING against Officer Thomas Zincone, Jr. due to the facts and testimony presented at the hearing.

This hearing was held in accordance with the Federal Consent Agreement which governs the civilian complaint process followed by the Providence Police Department.

I concur with the findings of the hearing officer and approve same. Formal departmental charges are forthcoming against Officer Zincone in regard to this case. My office will contact you in the near future so that we may set up an appointment to discuss this matter.

Sincerely,

Richard T. Sullivan
Colonel
Chief of Police

Enclosure

# PROVIDENCE POLICE DEPARTMENT

# Department of Public Safety

***Colonel Urbano Prignano, Jr., Chief of Police***

## Headquarters

## -MEMORANDUM-

**TO:** John J. Partington, Commissioner of Public Safety

**FROM:** Colonel Richard T. Sullivan, Chief of Police

**DATE:** August 2, 2001

**RE:** Disciplinary Action – Violations of Rules and Regulations

---

Be advised that Officer Thomas J. Zincone, Jr., shall be suspended without pay for two (2) days, as a result of a guilty finding on Civilian Complaint # 2000-037. This suspension without pay will be on:

____________________ and ____________________

I am available at your convenience to discuss this matter in greater detail, should additional information be required.

____________________

cc: Major Dennis Simoneau
Human Resource Bureau
Roseann Marble, Fiscal Officer

July 18, 2001

On June 20th 2001, I presided over the civilian complaint of Richard Banville. Mr. Banville complained that he was wrongfully stopped by Officer Thomas Zincone. His vehicle was searched and "torn apart".

Mr. Banville testified that he pulled into his yard at 134 Hanover Street when he was stopped by Officer Zincone. The Officer searched and made him drop his pants to just above his knees. Mr. Banville then testified that he was taken by the arm and placed in Officer Zincone's police vehicle. Banville then Testified that Officer Zincone searched his vehicle. When the search was over, Banville stated the plastic was broken on the middle console, the dashboard near the steering wheel was pulled apart, the back seat was lifted up off its brackets and the trunk was in disarray.

Officer Zincone testified that he stopped the vehicle for speeding and Mr. Banville attempted to go into his house. Officer Zincone stopped him and placed him in the police vehicle. Officer Zincone testified that he asked Banville for the registration then proceeded to Banville's vehicle to look for it. Officer Zincone stated that he only looked in the console area.

Jenna Allen testified that she was standing in the area and observed A policeman in front of Mr. Banville. She then observed Mr. Banville drop his pants. Jenna Allen further testified that she saw Mr. Banville's "butt".

Mr. Banville's brother testified that he responded to the scene and found his brother's car in a mess, including pieces of the broken plastic console.

Officer Zincone denies going through Mr. Banvilles vehicle. He testified that he only looked in the console area for the registration and could not find it. He then stopped his search. I have to conclude that Mr. Banville was forthright with his testimony. He claimed that he was upset with the officer, but felt having to pull his pants down was not fair to him and violated his rights. Mr. Banville's car was also damaged. The parts Mr. Banville stated where damaged were parts where one would searched for hidden drugs, Officer Zincone stated that he did not order or physically pull down Mr. Banville's pants , however Jenna Allen testified that she saw Mr. Banville's butt when he was standing next to the officer.

Therefore, I have concluded that Officer Zincone's actions in this matter were improper. I find him **guilty**. Officer Zincone is in violation of The Providence Police Department Rules and Regulation **200.6** <u>RULES GOVERNING CONDUCT</u>. I find will recommend to Colonel Richard T. Sullivan that a two day suspension be imposed on this officer.

7-18 2001

HEARING OFFICER'S REPORT
RE: CIVILIAN COMPLAINT #

MR RICHARD BANVILLE 134 HANOVER ST, PROV, RI 02907
Name and Address of Complainant

JULY 19, 2000 | 5 PM | 134 HANOVER ST
Date of Alleged Incident | Time | Place/Location

PTLM T. ZINCONE JR
Name of Officer(s) Complained Against in this Complaint

JULY 28 2000 | E. LUNA
Date Complaint Received at Internal Affairs | I.A. Investigating Officer

SEPTEMBER 13, 2000 | P. GRANATA
Date Complaint Received at Human Resource Bureau | Received By

WEDNESDAY JUNE 20, 2001 | 4:00 PM | GARRAHY JUDICIAL COMPLEX
Date(s) of Hearing | Time | Place/Location

PTLM T. ZINCONE
Officers/Persons Present for Hearing and Giving Evidence or Testimony

Officers/Persons Present for Hearing and Giving Evidence or Testimony

M PREW FOR POLICE V. ODDO, ESQ FOR COMPLAINANT
Attorney(s) Present for Hearing and Name(s) of their Respective Client(s)

FINDINGS OF HEARING OFFICER

Date of this Report | Name of Hearing Officer LT. D. LAPATIN

MR RICHARD BANVILLE | CERTIFIED MAIL
Complainant(s) Receiving a Copy of Hearing Officer's Findings | How Transmitted

PTLM T. ZINCONE, M. PREW, ESQ, V. ODDO, ESQ
Persons Receiving a Copy of Hearing Officer's Findings | How Transmitted

C. ROUNDTREE | REGULAR MAIL
Persons Receiving a Copy of Hearing Officer's Findings | How Transmitted

3-27-02 | PTLM P. GRANATA
Date of Transmittal of Copies | Officer who Transmitted Copies

# PROVIDENCE POLICE DEPARTMENT
## CIVILIAN COMPLAINT FORM

Richard Banville
Name of person making this complaint

W
Race

11-29-1970
Date of birth

134 Hanover st
Home address

274-9351
Home telephone

933-6779
Work telephone

134 Hanover St The Rear the house
Location where alleged incident took place

7-19-2000
Date of alleged incident

5pm to 5:30 pm
Time of incident

Name of witness to alleged incident

Date of birth

Home address of witness

Home telephone

Work telephone

[illegible]
Name of witness to alleged incident

Date of birth

Home address of witness

Home telephone

Work telephone

Name of witness to alleged incident

Date of birth

Home address of witness

Home telephone

Work telephone

Offiers Badge # 386 = (412 Zincone)
Name and/or number and rank of police officer(s) allegedly involved in this complaint

### NATURE OF COMPLAINT

Start the writing (printing or typing) of your complaint below and use continuation sheets if needed. Please write or print as clearly as you can. Present your complaint as briefly as possible but give as much information as you can.

On 7-19-2000 I was subjected to remove my shorts below my waistline by a Providene Police officer. He did not ask for ID or the what the problem was. He then put me in his cruiser. At this time he then

... arrest me. I am very scared of the police now more than before. The Officer Badge # is 386. I am reporting this officer because of constant harassment in various degrees which are seriously intolerable for any human being on this EARTH!.

7-25/2000
DATE THIS COMPLAINT MADE TO POLICE

[signature]
SIGNATURE OF COMPLAINANT

BRING OR MAIL THIS COMPLAINT TO THE PROVIDENCE POLICE DEPARTMENT INTERNAL AFFAIRS BUREAU, 209 FOUNTAIN STREET, PROVIDENCE, R.I. 02903.

DO NOT WRITE IN SPACE BELOW - FOR POLICE DEPARTMENT USE

DATE COMPLAINT RECEIVED:

RECEIVED
JUL 28 2000