**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **C.A. No. 06-013T** |
| **ROBERT TAYLOR** | : | |

**CITY OF PROVIDENCE'S MOTION TO QUASH A SUBPOENA**

Now comes the City of Providence and hereby moves to quash the subpoena attached hereto as Exhibit "A." The City relies on and adopts the Government's Memorandum of Law in Support of Motion to Quash.

CITY OF PROVIDENCE
By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

/s/ Kevin F. McHugh
Kevin F. McHugh ( #3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 Fax
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 3rd day of November, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
kevin_fitzgerald@fd.org

Lee H. Vilker
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, RI 02903
lee.vilker@usdoj.gov

/s/ Kevin F. McHugh