Case 1:06-cr-00013-T-DLM Document 44 Filed 10/27/2006 Page 1 of 1

# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROBERT TAYLOR

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-13T

TO: Keeper of Records
Providence Police Department
325 Washington Street
Providence, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Judge Ernest C. Torres<br>Courtroom 3<br>DATE AND TIME<br>November 2, 2006<br>9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All documents, files, reports, and other tangible items pertaining to disciplinary complaints and adjudications against the arresting officers in this case: Thomas Zincone, Jr., Dennis O'Brien, and Gregory Sion.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | 10/26/06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Kevin J. Fitzgerald, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

EXHIBIT A

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 10-26-06 | PLACE FEDERAL DEFENDER OFFICE PROVIDENCE, R.I. |
| SERVED | DATE 10-27-06 | PLACE PROVIDENCE POLICE DEPARTMENT 325 WASHINGTON ST PROVIDENCE, R.I. |

| | |
|---|---|
| SERVED ON (PRINT NAME) SUSAN HARRINGTON | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO AMOUNT $ |
| SERVED BY (PRINT NAME) DANIEL R. FORTIER | TITLE INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10-27-06 (Date) — [signature] (Signature of Server)

FDO - 10 Weybosset St #300 (Address of Server)
Providence, RI

ADDITIONAL INFORMATION

In-hand service.