UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR No. 06-0013T

ROBERT TAYLOR :

---

**NOTICE OF APPEAL**

Now comes the defendant Robert Taylor, and notices the appeal of his sentence imposed on November 9, 2006 to the First Circuit Court of Appeals.

Respectfully submitted
Robert Taylor
By his attorney,

/s/Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Kevin_Fitzgerald@fd.org

**CERTIFICATION**

I hereby certify that I caused a copy of this notice to be delivered by electronic filing to AUSA Lee Vilker on this the 9th day of November, 2006.

/s/ Kevin J. Fitzgerald