06-00013
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-2687

UNITED STATES OF AMERICA,

Appellee,

MANDATE

v.

ROBERT E. TAYLOR,

Defendant, Appellant.

**JUDGMENT**

Entered: December 21, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Robert E. Taylor's motion to suppress is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/23/08

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Murphy, Mr. Vilker, & Mr. Lockhart.]